IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:  09-20526-CIV-GOLD/McALILEY
Special Master – Thomas E. Scott

KLAUS HOFMANN,

      Plaintiff,

                             **CASE NO.:  09-20526-CIV-GOLD/MCALILEY**

v.

EMI RESORTS, INC., *et al.*,

      Defendants

_____/

AUREILO AGUILAR, *et al.*,

      Plaintiff,

                             **CASE NO.:  09-20657-CIV-GOLD/MCALILEY**

v.

EMI RESORTS, INC., *et al.*,

      Defendants.

_____/

## SPECIAL MASTER'S SUA SPONTE ORDER REGARDING TELEPHONE CONFERENCE

THIS CAUSE is before the Special Master SUA SPONTE following the hearing before the undersigned on June 9, 2009, and following the receipt of various emails from Defendants' and Plaintiffs' counsel today regarding a telephone conference the undersigned wanted to set to speak with Defendants' Dominican Republic counsel, as

well as counsel for the banks seeking foreclosure and sale of the Juan Dolio property.  In accordance with the foregoing, it is hereby,

ORDERED and ADJUDGED as follows:

1.    A telephone conference with Mr. DeMarchena is hereby set for Tuesday, June 16, 2009 beginning at 9:00 a.m. EST.

2.    Counsel for the Elliott Defendants is responsible for advising Mr. DeMarchena of the time and date for the telephone conference, and for providing Mr. DeMarchena with a copy of this Order.

3.    A court reporter will not be used for this conference.

4.    The undersigned will conduct the conversation.

5.    If there is an interpreter needed for Mr. DeMarchena, one will be provided, and the parties will split the cost of the same.  However, the undersigned's office must be notified of this need by no later than Monday, June 15, 2009 by 11:00 a.m.

6.    Only one attorney per "side" is allowed at the telephone conference – i.e., one attorney for the Elliott Defendants, one attorney for the *Aguilar* Plaintiffs and one attorney for the *Hofmann* Plaintiffs.

7.    By **no later than 10:00 a.m. on Monday, June 15, 2009**, the parties shall provide the undersigned with:

   a.  copies of all relevant mortgage documents for the Juan Dolio property which are the subject of the foreclosure action; and,
   b.  copies of any and all documents and pleadings filed in the foreclosure action.

8.    Additionally, at the June 9, 2009 hearing, the undersigned indicated that he wanted to speak with counsel for the foreclosing bank.  The undersigned understood that counsel in this matter would arrange for such a conference; however, to date, the undersigned has not seen anything or otherwise been advised of conference status. Accordingly, the parties must:

   a.  Email the undersigned (copying all counsel) **by 6:00 p.m. today, June 12, 2009**, regarding the availability of the bank's counsel (regarding the Dominican foreclosure) for a telephone conference on Tuesday, June 16· 2009; and,

b.  The parties shall also provide the names and phone numbers for all of the bank's counsel in the event that the undersigned must take the lead in setting up the conference.

DONE AND ORDERED in Miami, Florida this 12 day of June, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Judge Alan S. Gold
U.S. Magistrate Judge Chris M. McAliley
All counsel of record