IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-20526-CIV-GOLD/McALILEY
Special Master – Thomas E. Scott

KLAUS HOFMANN,

    Plaintiff,

                          **CASE NO.: 09-20526-CIV-GOLD/MCALILEY**

v.

EMI RESORTS, INC., *et al.*,

    Defendants
_____/

AUREILO AGUILAR, *et al.*,

    Plaintiff,

                          **CASE NO.: 09-20657-CIV-GOLD/MCALILEY**

v.

EMI RESORTS, INC., *et al.*,

    Defendants.
_____/

## SPECIAL MASTER'S SUA SPONTE ORDER
## REGARDING TELEPHONE CONFERENCES FOR JUNE 16, 2009

THIS CAUSE is before the Special Master SUA SPONTE and in furtherance of the June 12, 2009 Sua Sponte Order **[D.E. 416]**. Following the entry of the June 12, 2009 Sua Sponte Order, counsel for the Defendants sent the undersigned an email (with copy to counsel for the Plaintiffs) identifying "Dr. Julio Navarro" as counsel for both Banco de Reserva and Banco del Progreso (the banks foreclosing on the Juan Dolio property), and

advising that Dr. Navarro will be available for a telephone conference on Tuesday, June 16, 2009 at 11:00 a.m. EST.

Additionally, counsel for the Plaintiffs have identified the banks' attorneys as Dr. J.A. Navarro Trabous and Dr. Enrique Castro Sarda, and provided their phone numbers. *See*, D.E. 419.

The undersigned was not informed whether Mr. DeMarchena will be in need of an interpreter since no party has advised of such a need by 11:00 a.m. EST today. *See*, D.E. 416. However, if Mr. DeMarchena or the attorney(s) for the Banco de Reserva and Banco del Progreso will need an interpreter to hold the conference in English, the parties need to advise the undersigned immediately.

Accordingly, it is hereby,

ORDERED and ADJUDGED as follows:

1. A telephone conference with Mr. DeMarchena is hereby set for Tuesday, June 16, 2009 beginning at 9:00 a.m. EST. The call-in information for the conference call is as follows:

   Telephone Number for the Dominic Republic:   1-888-751-7540
   Telephone Number for the U.S.:               1-866-590-1534
   Participant Code:                            24576991#

2. A telephone conference with Dr. Julio Navarro Trabous (and/or Dr. Enrique Castro Sarda, if he is available) is hereby set for Tuesday, June 16, 2009 beginning at 11:00 a.m. EST. The call-in information for the conference call is as the same as above:

   Telephone Number for the Dominic Republic:   1-888-751-7540
   Telephone Number for the U.S.:               1-866-590-1534
   Participant Code:                            24576991#

3. Counsel for the Elliott Defendants is responsible for advising Mr. DeMarchena, Dr. Navarro Trabous and Dr. Sarda of the time and date for the telephone conferences, and for providing each with a copy of this Order.

4. A court reporter will not be used for either conference.

5. The undersigned will conduct the conversation in both conferences.

6. Only one attorney per "side" is allowed at the telephone conferences – i.e., one attorney for the Elliott Defendants, one attorney for the *Aguilar* Plaintiffs and one attorney for the *Hofmann* Plaintiffs.

7. The parties are additionally reminded of paragraph 7 of the June 12, 2009 Order (D.E. 416) as the undersigned has not yet received the following (despite the deadline of today at 10:00 a.m.):

   a. copies of all relevant mortgage documents for the Juan Dolio property which are the subject of the foreclosure action; and,
   b. copies of any and all documents and pleadings filed in the foreclosure action.

DONE AND ORDERED in Miami, Florida this 15 day of June, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Judge Alan S. Gold
U.S. Magistrate Judge Chris M. McAliley
All counsel of record