## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No.:  09-20526-CIV-GOLD/McALILEY
Special Master – Thomas E. Scott

KLAUS HOFMANN,

      Plaintiff,

                           **CASE NO.:  09-20526-CIV-GOLD/MCALILEY**

v.

EMI RESORTS, INC., *et al.*,

      Defendants

_____/

AUREILO AGUILAR, *et al.*,

      Plaintiff,

                           **CASE NO.:  09-20657-CIV-GOLD/MCALILEY**

v.

EMI RESORTS, INC., *et al.*,

      Defendants.

_____/

## SPECIAL MASTER'S SUA SPONTE ORDER FOLLOWING JULY 7, 2009 TELEPHONE CONFERENCE CALL REGARDING STATUS OF THE JUAN DOLIO FORECLOSURE PROCEEDING

THIS CAUSE is before the Special Master SUA SPONTE.  On July 7, 2009, the undersigned held a telephone conference with the parties' U.S. and Dominican Republic counsel to discuss the status of the foreclosure proceeding against the Juan Dolio property.

The undersigned was disappointed to learn that the Elliott Defendants still have not provided Banco Reservas or Banco del Progreso with the written offer, setting forth clear, specific terms as the undersigned requested while in the Dominican Republic, and as set forth in the July 1, 2009 Status Report [D.E. 468].  As discussed today, the Elliott Defendants shall provide the two banks with the written proposals by the buyer who will help effect a settlement relating to the Juan Dolio property.

Of further concern, it was learned today that the Cofresi property is potentially in default, and possibly subject to future foreclosure as well.  The Elliott Defendants are attempting to set up a meeting this week with Banco Leon (phonetic spelling), who holds the mortgage on the Cofresi property.

Based upon the matters discussed during today's telephone conference, it is hereby ORDERED and ADJUDGED as follows:

1. The Elliott Defendants shall provide Banco Reservas and Banco del Progreso with a specific, clear, written offer to settle, of the type discussed, by no later than Thursday, July 9, 2009 by 4:00 p.m.  If the Elliott Defendants are unable to do so, they shall immediately advise the undersigned in writing providing the reasons for such inability.

2. The Elliott Defendants shall serve, by email only, the undersigned and counsel for the Plaintiffs any written correspondence directed to Banco Reservas and Banco del Progreso which relates to the specific, clear, written offer to settle with the banks for the purpose of avoiding foreclosure on the Juan Dolio property;[1]

---

[1] Service shall be by email only, and the correspondence should not be filed at this time, so as to preserve the confidential nature and progress of the settlement negotiations.

3. Based upon the undersigned's previous oral direction, the parties are reminded that such correspondence is for "attorneys' eyes only" at this point;

4. The parties' counsel are hereby directed to file any and all documentation relating to the potential default and/or eventual foreclosure proceedings relating to the Cofresi property (including, but not limited to, notices received from Banco Leon indicating a default or potential foreclosure);

5. The Elliott Defendants shall serve, by email only, the undersigned and counsel for the Plaintiffs with copies of any written communications made to Banco Leon regarding the Cofresi property. Such disclosure is also for "attorneys' eyes only " at this point.

6. The parties are requested to provide any information and documentation relating to the status of the financial stability of the Miches property and the "Treasure Bluff" parcel, so that the undersigned may evaluate whether there is any danger of those properties falling into default or being lost to foreclosure.

7. By no later than July 8, 2009 at 2:00 p.m., the parties' counsel are to provide the undersigned with a Spanish translation of the undersigned's previously-circulated draft letter to Judge Isa regarding Judge Adames;

8. A telephonic status conference hearing is set for **Wednesday, July 8, 2009 at 4:00 p.m.** The call-in information is as follows:

Telephone Number for the Dominican Republic: 1.888.751.7540

Telephone Number for the U.S.: 1.866.590.1534

Participant Code: 24576991#

DONE AND ORDERED in Miami, Florida this 1th day of July, 2009.

_____
SPECIAL MASTER THOMAS E. SCOTT

Copies furnished to:
United States District Judge Alan S. Gold
U.S. Magistrate Judge Chris M. McAliley
All counsel of record